FILED

JAN - 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MOTOWN RECORD COMPANY, L.P., a §
California limited partnership; SONY BMG §
MUSIC ENTERTAINMENT, a Delaware general §
partnership; and ARISTA RECORDS LLC, a §
Delaware limited liability company, §
§
Plaintiffs, §
§
§       CIVIL ACTION NO.
vs. §
§   SA07CA0018 RF
GABRIELLE EVANS, §
§
Defendant. §
§
§

## PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, complain of the Defendant, and would show:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.      This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

5. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

6. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

8. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

9. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

2

10. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

11. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

12. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

13. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

14. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

15. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and

503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

For these reasons, Plaintiffs pray for judgment against Defendant as follows:

1.  For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.  For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. Section 504.

3.  For Plaintiffs' costs in this action.

4.  For Plaintiffs' reasonable attorneys' fees incurred herein.

4

5.    For such other and further relief, either at law or in equity, general or special, to which they may be entitled.

|  |  |
|---|---|
| DATED: January 9, 2007 | Respectfully submitted,<br><br>By: _/s/ Lisa Honey_____<br>Stacy R. Obenhaus<br>State Bar No. 15161570<br>Lisa L. Honey<br>State Bar No. 24048550<br>Gardere Wynne Sewell LLP<br>3000 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, Texas  75201-4761<br>Tel: 214- 999-3000<br>Fax:  214-999-4667<br>sobenhaus@gardere.com<br><br>ATTORNEYS FOR PLAINTIFFS |

OF COUNSEL:

Geoffrey H. Bracken
State Bar No. 02809750
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002-5007
Tel: 713-276-5555

**EXHIBIT A**

# EXHIBIT A

## GABRIELLE EVANS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Charlene | I've Never Been to Me | I've Never Been to Me | 33-525 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Can We Be Lovers | Soul Provider | 106-829 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Missing You Now | Time, Love & Tenderness | 132-494 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| Arista Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |

EXHIBIT B

```
                    evans, gabrielle-userlog(compressed)-86216931.txt
Log for User at address 67.11.239.238:6346 generated on 8/26/2005 8:56:50 AM EDT
(-0400 GMT)
Total Files: 387
-------------------------------
Total Audio Files: 331
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
-------------------------------
Total Matched Files: 14
Total Distinct Matches: 11


FileName: 01 I Knew You When.mp3 (2,468,917 bytes)
FileName: 01 The Last Waltz Engelbert Humperdink The Very Best of Englebert
Humperdinck.mp3 (3,622,747 bytes)
FileName: 03741 Gene Pitney - Maria Elena.mp3 (2,895,170 bytes)
FileName: 06 Gypsy Heart.wma (3,708,323 bytes)
FileName: 06 The Shadow Of Your Smile.mp3 (3,061,760 bytes)
FileName: 06-mariah_carey-stay_the_night.mp3 (5,348,759 bytes)
FileName: 07 tom jones - im coming home.mp3 (4,774,026 bytes)
FileName: 08 - Tom Jones - (It Looks Like) I'll Never Fall In Love Again.mp3
(6,062,810 bytes)
FileName: 11 Come Back To Us Barbara Lewis Hare Krishna Beauregard.mp3 (4,797,702
bytes)
FileName: 12 Yours Until Tomorrow.wma (1,531,919 bytes)
FileName: 13 - Down In The Boondocks.mp3 (2,502,287 bytes)
FileName: 13 Half Heaven, Half Heartache.mp3 (2,686,811 bytes)
FileName: 15 Golden Earings.m4a (3,450,989 bytes)
FileName: 17 - Till I Can't Take It Anymore - Tom Jones - 20 Great Lov.mp3
(3,158,517 bytes)
FileName: 21 - DJ Scot Project , R (Rock!) -.mp3 (5,354,164 bytes)
FileName: 21 Romany Horo.mp3 (3,059,849 bytes)
FileName: 3-07 Baby, I'm Yours.m4a (2,372,821 bytes)
FileName: 50 CENT Outta Control Remix Feat Mobb Deep.mp3 (5,144,033 bytes)
FileName: 50cent ft mobb deep - outta control.mp3 (5,146,271 bytes)
FileName: 80's Pat Benitar - Love is a battle field.mp3 (5,151,067 bytes)
FileName: 80s - Pseudo Echo - Funky Town (Dance Remix).mp3 (6,308,897 bytes)
FileName: AKON- MR LONELY.MP3 (2,859,008 bytes)
FileName: Al Martino - Tarantella Napoletana .mp3 (2,601,088 bytes)
FileName: All I Have To Do Is Dream.mp3 (2,213,639 bytes)
FileName: Am I That Easy To Forget_Engelbert Humperdink_The Very Best of Englebert
Humperdinck.mp3 (3,803,136 bytes)
FileName: Andy Williams - Can't Get Used To Losing You.mp3 (2,289,792 bytes)
FileName: Aqua - Barbie Girl.mp3 (3,104,644 bytes)
FileName: Art Laboe's Dedicated To You Vol. 5 - On Bended Knee (Barbara Lewis).mp3
(2,773,002 bytes)
FileName: Artist - Track 26.mp3 (2,500,736 bytes)
FileName: Babe Were Gonna Love Tonight.mp3 (3,727,838 bytes)
FileName: Barbara Lewis - Hello Stranger.mp3 (2,544,476 bytes)
FileName: Barbara Lewis - Make Me Your Baby.mp3 (3,036,164 bytes)
FileName: Barbara Lewis - My Mama Told Me.mp3 (2,209,335 bytes)
FileName: Barbara Streisand - Evergreen.mp3 (2,934,940 bytes)
FileName: Barbara Streisand - The Way We Were.mp3 (3,332,336 bytes)
FileName: Barry Manilow - Even Now.mp3 (3,365,026 bytes)
FileName: BILLY JOE ROYAL He Don't Know.mp3 (2,756,580 bytes)
FileName: Billy Joe Royal - Down In The Boondocks.mp3 (2,502,656 bytes)
FileName: Billy Joe Royal - Driftaway.mp3 (3,832,312 bytes)
FileName: billy joe royal - it keeps right on hurtin'.mp3 (2,878,896 bytes)
FileName: Billy Joe Royal - Tell It Like It Is.mp3 (2,445,374 bytes)
FileName: Bobby Valentino - Slow Down.mp3 (4,546,977 bytes)
FileName: Bond - Gypsy Rhapsody.mp3 (3,440,768 bytes)
FileName: Bones Thugs N Harmony - Look into my Eyes.mp3 (4,169,322 bytes)
                                      Page 1
```

evans, gabrielle-userlog(compressed)-86216931.txt

FileName: Bow Wow Ft. Omarion - Let Me Hold You.mp3 (5,379,761 bytes)
FileName: Broken Hearted - Love songs of the 50's,60's,70's and 80's - 07 - Billy joe royal - Let your love flow .mp3 (2,533,216 bytes)
FileName: Bryn Adams & Celin Dion (1).mp3 (2,493,772 bytes)
FileName: Celine Dion & Barbara Streisand - Tell Him.mp3 (4,634,826 bytes)
FileName: Celine Dion - All By Myself.mp3 (4,995,242 bytes)
FileName: Celine Dion - All By Myself.wav (27,608,876 bytes)
FileName: Celine Dion - Because You Loved Me.mp3 (4,417,827 bytes)
FileName: Celine Dion - Have You Ever Been In Love.mp3 (5,942,304 bytes)
FileName: Celine Dion - My heart will go on.mp3 (4,972,588 bytes)
FileName: Celine Dion - Ne Partez Pas Sans Moi.mp3 (2,960,878 bytes)
FileName: Celine Dion - That's The Way It Is.mp3 (3,883,232 bytes)
FileName: Celine Dion - The Power Of Love.mp3 (5,482,916 bytes)
FileName: Celine Dion - Think Twice.mp3 (4,038,217 bytes)
FileName: Celine Dione - I'm Your Lady.mp3 (5,505,152 bytes)
FileName: Celine Dione - The Colour Of My Love.mp3 (3,283,197 bytes)
FileName: Chaka Khan - To Sir With Love (Barry Harris 2005 Club Mix).mp3 (12,880,000 bytes)
FileName: Charlene - I've Never Been To Me (1).mp3 (3,761,869 bytes)
FileName: Charlene - I've Never Been To Me (Priscilla - Queen Of The Desert).mp3 (3,774,464 bytes)
FileName: Chi-Lites & The Manhattens - Kiss & Say Goodbye..mp3 (4,521,984 bytes)
FileName: Daughter of Darkness.mp3 (3,215,360 bytes)
FileName: Dean Martin - Sway.mp3 (2,654,164 bytes)
FileName: Diana Ross & the Supremes - Aint No Mountain High Enough.mp3 (3,393,828 bytes)
FileName: Diana Ross & The Supremes - Come See About Me.mp3 (2,618,924 bytes)
FileName: Diana Ross & The Supremes - I'm Gonna Make You Love Me (With The Temptations).mp3 (3,014,739 bytes)
FileName: Diana Ross & The Supremes - Love Don't Come Easy.mp3 (2,797,696 bytes)
FileName: Diana Ross & The Supremes - Medley Of 60's Motown Hits (Official 80's 12'' release).mp3 (9,539,884 bytes)
FileName: Diana Ross & The Supremes - Stop! In The Name Of Love.mp3 (2,761,232 bytes)
FileName: Diana Ross & The Supremes - Where Did Our Love Go.mp3 (2,463,997 bytes)
FileName: Diana Ross & The Supremes - You Can't Hurry Love(1).mp3 (7,012,352 bytes)
FileName: Diana Ross & the Supremes - You Can't Hurry Love.mp3 (2,776,084 bytes)
FileName: Disco Funk 70's - Studio 54 - Ring my bell (Anita Ward).mp3 (3,358,720 bytes)
FileName: Disco- Lime - Unexpected Lovers (12'' Version).mp3 (8,851,505 bytes)
FileName: Donna Summers - Dim All the Lights.mp3 (4,018,176 bytes)
FileName: Donna Summers - She Works Hard For The Money.mp3 (4,027,036 bytes)
FileName: Donna Summers, Barbara Streisand - Enough Is Enough.mp3 (4,614,105 bytes)
FileName: Engelbert Humperdinck - As Time Goes By.mp3 (3,232,591 bytes)
FileName: Engelbert Humperdinck - My Cherie Amour.mp3 (2,933,655 bytes)
FileName: Engelbert Humperdinck - Secret Love.mp3 (3,385,344 bytes)
FileName: Engelbert Humperdinck - There Goes My Everything.mp3 (2,824,192 bytes)
FileName: Engelbert Humperdinck - This is my song (1).MP3 (3,250,176 bytes)
FileName: Engelbert Humperdink - A Man Without Love.mp3 (3,223,680 bytes)
FileName: Engelbert Humperdink - Bella Italia.mp3 (4,116,864 bytes)
FileName: Engelbert Humperdink - Help Me Make It Through The Night.mp3 (3,691,467 bytes)
FileName: Engelbert Humperdink - Les Byicyclettes De Belsize (The Very Best of Englebert Humperdinck).mp3 (3,903,488 bytes)
FileName: Engelbert Humperdink - Love me with all your heart.mp3 (3,145,728 bytes)
FileName: Engelbert Humperdink - Please Release..MP3 (3,215,488 bytes)
FileName: Engelbert Humperdink - The Last Waltz_the Very Best Of Englebert Humperdinck 1.mp3 (3,622,912 bytes)
FileName: Engelbert Humperdink - The Shadow of your smile - The Very Best of Englebert Humperdinck.mp3 (3,061,760 bytes)
FileName: Engelbert Humperdink - The Way it Used to be.mp3 (3,045,304 bytes)
FileName: engelbert humperdink - Two Different Worlds.mp3 (3,045,389 bytes)
FileName: Engelbert Humperdink - Unchained Melody.mp3 (3,839,960 bytes)

evans, gabrielle-userlog(compressed)-86216931.txt
FileName: Engelbert Humperdink Senorita Bonita.mp3 (4,090,904 bytes)
FileName: Engelbert Humperdink_ winter world of love_The Very Best of Englebert Humperdinck.mp3 (4,102,144 bytes)
FileName: Engelbert Humperdink_Ten Guitars.mp3 (2,592,768 bytes)
FileName: Englebert Humperdinck - Are You Lonesome Tonight.mp3 (2,738,176 bytes)
FileName: Englebert Humperdinck - Misty Blue.mp3 (1,988,608 bytes)
FileName: Englebert Humperdink - Ten Guitars.mp3 (2,592,768 bytes)
FileName: Eurythmics - Who's That Girl(1).mp3 (3,656,672 bytes)
FileName: Everytime You Go Away.mp3 (4,351,752 bytes)
FileName: Faith No More - Spanish Eyes (Engelbert Humperdink cover).mp3 (2,862,788 bytes)
FileName: Fleetwood Mac - Gypsy.mp3 (4,237,654 bytes)
FileName: Four Tops - Reach Out I'll Be There.mp3 (2,851,816 bytes)
FileName: francois perusse - celine dion.wav (316,766 bytes)
FileName: Frank Sinatra and Paul Anka - My Way.mp3 (5,234,811 bytes)
FileName: Garth Brooks - The Dance.mp3 (3,529,247 bytes)
FileName: Gene Pitney - Nobody Needs Your Love.mp3 (972,941 bytes)
FileName: Gene Pitney - A Town Without Pity.mp3 (2,749,463 bytes)
FileName: Gene Pitney - Baby the Rain Must Fall.mp3 (2,232,320 bytes)
FileName: Gene Pitney - Cara Mia.mp3 (2,430,976 bytes)
FileName: Gene Pitney - Crying.mp3 (2,357,428 bytes)
FileName: gene pitney - Down In The Boondocks.mp3 (2,502,031 bytes)
FileName: Gene Pitney - I Must Be Seeing Things.mp3 (2,375,827 bytes)
FileName: Gene Pitney - It Hurts To Be In Love.mp3 (2,434,194 bytes)
FileName: Gene Pitney - Looking Through The Eyes Of Love.mp3 (3,183,966 bytes)
FileName: Gene Pitney - Only Love Can Break a Heart.mp3 (2,738,347 bytes)
FileName: Gene Pitney - Sealed With A Kiss.mp3 (2,616,842 bytes)
FileName: Gene Pitney - She's A Heartbreaker.mp3 (3,940,352 bytes)
FileName: Gene Pitney - That Girl Belongs to Yesterday.mp3 (4,130,986 bytes)
FileName: Gene Pitney - The Night Has A Thousand Eyes.mp3 (3,074,176 bytes)
FileName: Gene Pitney - Tower Tall.mp3 (3,250,264 bytes)
FileName: Gene Pitney - True Love Never Runs Smooth.mp3 (2,326,866 bytes)
FileName: Gene Pitney -The Man Who Shot Liberty Valence.mp3 (2,835,728 bytes)
FileName: Glen Yarborough - Baby the Rain Must Fall.mp3 (2,232,320 bytes)
FileName: Gloria Estefan - Always Tomorrow.mp3 (4,643,944 bytes)
FileName: Godfather-Theme Song from The Godfather.mp3 (3,760,546 bytes)
FileName: Grease - Oliva Newton John - Hopelessly Devoted to You.mp3 (3,749,744 bytes)
FileName: Green, Green Grass of Home - Tom Jones & Englebert Humperdink .mp3 (2,963,834 bytes)
FileName: Gypsy - Singing Sam - Ashylem Corr Cogo ( Stuck Alone )(1).mp3 (4,284,466 bytes)
FileName: Gypsy - Singing Sam - Wedding Song(1)(1).mp3 (1,662,088 bytes)
FileName: Gypsy - Basso - Gypsy Rock (Singing sams first basso).mp3 (4,720,269 bytes)
FileName: Gypsy - Singing Sam - $20 doller gold piece.mp3 (1,841,154 bytes)
FileName: Gypsy - Singing Sam - Bonka(1).mp3 (3,106,944 bytes)
FileName: Gypsy - Singing Sam - I yoy Doday.mp3 (3,493,888 bytes)
FileName: Gypsy - Singing Sam - Kamira Kamira.mp3 (3,548,807 bytes)
FileName: Gypsy - Singing Sam - ki calyan oh kudvo.mp3 (4,046,848 bytes)
FileName: Gypsy - Singing Sam - My Father(1).mp3 (3,686,784 bytes)
FileName: Gypsy - Singing Sam - Na Na Na Na La Ga-gee.mp3 (2,058,240 bytes)
FileName: Gypsy - Singing sam - Oh Shay Baddie.mp3 (1,613,824 bytes)
FileName: Gypsy - Singing Sam-Devla ched mon Cheedeykley .mp3 (5,129,610 bytes)
FileName: Gypsy - Singing Sam-Rujo.mp3 (3,372,204 bytes)
FileName: Gypsy Singing sam weddinfg song.mp3 (1,672,328 bytes)
FileName: Gypsy- Singing Sam- Loli.mp3 (2,406,864 bytes)
FileName: Gypsy- Singing Sam- Oy Oy Lino.mp3.mp3 (1,503,232 bytes)
FileName: Gypsy- Singing Sam- Play The Music for Broken Hearts.mp3 (1,622,400 bytes)
FileName: Gypsy- Singing Sam- Shay Codllvo.mp3 (3,172,480 bytes)
FileName: Gypsy- You Sold Me For $$$$$ _____ Singing Sam !.mp3 (2,575,734 bytes)
FileName: GYPSY-SINGING SAM- my way .MP3 (2,668,994 bytes)

Page 3

evans, gabrielle-userlog(compressed)-86216931.txt
FileName: gypsy-Singing-Sam-I-Yoy.mp3 (2,221,788 bytes)
FileName: Henry Mancini - Godfather Theme.mp3 (3,428,352 bytes)
FileName: Hot Butter - Popcorn.mp3 (2,439,942 bytes)
FileName: I'm Just A Lonely Boy - Paul Anka.mp3 (3,651,584 bytes)
FileName: Italian Dinner Music.mp3 (3,448,668 bytes)
FileName: Jones, Tom - The Impossible Dream.mp3 (3,280,896 bytes)
FileName: Journey - Dont Stop Believing.mp3 (4,006,138 bytes)
FileName: Julio Iglesias & Mariah Carey - When I Touch You.mp3 (3,810,115 bytes)
FileName: Julio Iglesias & Paul Anka - A mi manera (my way).mp3 (4,235,643 bytes)
FileName: Julio Iglesias - 33 Años.mp3 (3,695,054 bytes)
FileName: Julio Iglesias - Caminito.mp3 (3,458,072 bytes)
FileName: Karaoke - Tom Jones - I belive.mp3 (2,396,160 bytes)
FileName: Karaoke - Tom Jones - Till.mp3 (3,683,473 bytes)
FileName: Lamb Of God You Take Away The Sin of.wma (1,183,315 bytes)
FileName: Lana.mp3 (2,248,815 bytes)
FileName: Leslie Gore - It's My Party (And I'll Cry If I Want To).mp3 (2,157,654 bytes)
FileName: Lil BowWow - Let me Hold You.mp3 (5,383,985 bytes)
FileName: lime - angel eyes (remix).mp3 (6,972,941 bytes)
FileName: Lime - Your My Magician.mp3 (3,377,110 bytes)
FileName: LIME_-_Angel_Eyes_(Remix)_-_DANCE.mp3 (6,972,941 bytes)
FileName: Lionel Richie - Three Times A Lady.mp3 (3,489,792 bytes)
FileName: Love Me With All Your Heart.MP3 (3,179,722 bytes)
FileName: lowrider oldies Mary Wells - Two Lovers.mp3 (2,676,736 bytes)
FileName: Lulu - My Boy Lollipop.mp3 (2,922,780 bytes)
FileName: Lulu--To Sir With Love.mp3 (2,676,434 bytes)
FileName: Manhattens - There's No Me Without.mp3 (3,519,634 bytes)
FileName: Mariah Carey - My All.mp3 (3,711,845 bytes)
FileName: Mariah Carey & Whitney Houston - There Can Be Miracles.mp3 (4,417,536 bytes)
FileName: Mariah Carey & Whitney Houston - When You Believe.mp3 (4,407,367 bytes)
FileName: Mariah carey - always be my baby.mp3 (4,126,382 bytes)
FileName: Mariah Carey - Can't Live if Living is Without You.mp3 (3,420,160 bytes)
FileName: Mariah Carey - Hero.mp3 (4,144,945 bytes)
FileName: Mariah Carey f. Jay-Z - Heartbreaker.mp3 (4,067,120 bytes)
FileName: Mariah Carey- I Still Believe.mp3 (3,309,711 bytes)
FileName: Mariah Carey- We Belong Together (REMIX) Feat. Jadakiss & Styles P.mp3 (6,119,385 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,018,366 bytes)
FileName: mary wells - Hello Stranger.mp3 (2,563,388 bytes)
FileName: Mary Wells - Laughing Boy.mp3 (2,762,582 bytes)
FileName: Mary Wells - My Guy.mp3 (2,758,375 bytes)
FileName: Mary Wells - Sweet Talking Guy .MP3 (2,103,170 bytes)
FileName: Mary Wells - The One Who Really Loves You.mp3 (2,385,764 bytes)
FileName: Mary Wells - Wait A Minute Mr Postman.mp3 (2,343,176 bytes)
FileName: Mary Wells - What Love Has Joined Together.mp3 (2,797,568 bytes)
FileName: Mary Wells - You Beat Me To The Punch.mp3 (2,648,064 bytes)
FileName: Mary Wells - Youll Loose a Good Thing.mp3 (2,539,520 bytes)
FileName: Mary Wells - Your Old Stand By.MP3 (4,083,822 bytes)
FileName: Mecca - Gene Pitney.mp3 (2,287,629 bytes)
FileName: Michael Bolton & Kenny G - Missing You Now.mp3 (4,362,240 bytes)
FileName: Michael Bolton - How Can We Be Lovers If We Can't Be Friends.mp3 (3,793,024 bytes)
FileName: Mob Hits-godfather - Italian Love Songs Luciano Pavarotti, O Sole Mio.mp3 (3,228,316 bytes)
FileName: Mobb Deep - Hey Luv feat 112.mp3 (4,477,683 bytes)
FileName: Mobb Deep - Win Or Lose.mp3 (3,881,394 bytes)
FileName: Motown - Barbara Lewis - Youll Loose a Good Thing.mp3 (2,539,648 bytes)
FileName: Nelly ft. Tim Mcgraw - Over and Over Agian.mp3 (6,217,983 bytes)
FileName: Odyssey - Native New Yorker (Full Version).mp3 (5,287,936 bytes)
FileName: Oldies - 70's - Paper Lace - Billy Don't Be A Hero.mp3 (3,538,944 bytes)
FileName: Oldies - Barbara Lewis - Hello Stranger - 1963.mp3 (2,554,034 bytes)
FileName: Oldies - Calender Girl.mp3 (2,543,616 bytes)

```
                    evans, gabrielle-userlog(compressed)-86216931.txt
FileName: Oldies - Motown - Delfonics - Oh Girl.mp3 (3,538,944 bytes)
FileName: Oldies - Righteous Brothers - Unchained Melodies.mp3 (3,495,005 bytes)
FileName: Oldies Barbara Lewis I Belong To You.mp3 (3,535,700 bytes)
FileName: OLDIES Herb Albert & tijuana brass- Tequilla.mp3 (2,143,548 bytes)
FileName: Oldies Roy Orbinson - Pretty Woman.mp3 (2,851,317 bytes)
FileName: Oliva Newton John - I Honestly Love You.MP3 (3,872,642 bytes)
FileName: Oliva Newton-John - Magic.mp3 (4,293,432 bytes)
FileName: Paul Anka & Celine Dion - It's Hard To Say Goodbye.mp3 (4,278,272 bytes)
FileName: Paul Anka & Peter Cetera - Hold Me Till The Morning Comes.mp3 (4,212,736
bytes)
FileName: Paul Anka - 13 - The Way You Make Me Feel.mp3 (5,519,729 bytes)
FileName: Paul Anka - All of a Sudden My Heart Sings.mp3 (2,920,504 bytes)
FileName: Paul Anka - Breaking Up is Hard to Do.mp3 (2,238,464 bytes)
FileName: Paul Anka - Diana.mp3 (2,459,480 bytes)
FileName: Paul Anka - I Don't Like To Sleep Alone.mp3 (3,164,079 bytes)
FileName: Paul Anka - Puppy Love.mp3 (2,481,927 bytes)
FileName: Paul Anka - Put Your Head On My Sholder (1959#12).MP3 (5,108,320 bytes)
FileName: Paul Anka - Runaround Sue.wav (28,189,236 bytes)
FileName: Paul Anka - Seal With A Kiss.wav (28,548,660 bytes)
FileName: Paul Anka - Tell Laura I Love Her.mp3 (2,935,102 bytes)
FileName: Paul Anka - The Times Of Your Life.mp3 (3,106,400 bytes)
FileName: Paul Anka - Thrill me, kiss me.mp3 (2,424,960 bytes)
FileName: Paul Anka - Venus.wav (24,899,124 bytes)
FileName: Paul Anka - You are my destiny.MP3 (3,248,928 bytes)
FileName: Pitney, Gene - Backstage (I'm Lonely).mp3 (2,506,859 bytes)
FileName: Pitney, Gene - Sea Of Heartbreak.mp3 (2,383,943 bytes)
FileName: Pop-70s - Olivia Newton-John - Have You Never Been Mellow [192k].mp3
(5,089,380 bytes)
FileName: Pop-70s-80s Ballads - Charlene - I've Never Been To Me [Yep, women stay
home, do nothing...].mp3 (5,633,045 bytes)
FileName: PRETTY RICKIE - GRIND ON ME.mp3 (3,938,934 bytes)
FileName: Pretty Rickie- 06 - Juicy.mp3 (6,222,414 bytes)
FileName: Pseudo Echo - Don't go.mp3 (3,718,292 bytes)
FileName: Pseudo Echo - Funky Town.mp3 (3,504,179 bytes)
FileName: Put Your Head On My Shoulder-Paul Anka.mp3 (2,412,672 bytes)
FileName: Richie Valenz - Donna.mp3 (2,252,216 bytes)
FileName: Roc Project ft Tina Arena - Never.mp3 (3,578,147 bytes)
FileName: Roc Project&Tina_ - Never (Your love is so past tense).mp3 (3,580,032
bytes)
FileName: Rock Swings - Paul Anka - Tears In Heaven - 14.mp3 (2,724,297 bytes)
FileName: ROMANY - Gypsy - Acana Woy Badilie.mp3 (4,954,112 bytes)
FileName: Roy Orbinson - Anything You Want.mp3 (3,344,384 bytes)
FileName: Roy Orbinson - Blue Bayou.mp3 (2,363,392 bytes)
FileName: Roy Orbinson - Come A Little Bit Closer.mp3 (1,376,384 bytes)
FileName: Roy Orbinson - Corinna Corinna.mp3 (2,461,894 bytes)
FileName: Roy Orbinson - Crying Over You.mp3 (2,748,669 bytes)
FileName: Roy Orbinson - Crying.mp3 (2,688,902 bytes)
FileName: Roy Orbinson - Dream Baby.mp3 (2,476,044 bytes)
FileName: Roy Orbinson - lady in red.mp3 (3,981,312 bytes)
FileName: Roy Orbinson - Only the Lonely.mp3 (2,942,038 bytes)
FileName: Roy Orbinson - Stand By Me.mp3 (3,495,311 bytes)
FileName: roy orbinson - Sweet D#2031.mp3 (2,475,788 bytes)
FileName: Roy Orbinson - This Magic Moment.mp3 (4,380,800 bytes)
FileName: Roy Orbison - Its Over.mp3 (2,745,595 bytes)
FileName: Roy Orbison - Brown-Eyed-Girl.mp3 (2,310,258 bytes)
FileName: Roy Orbison - It's Over.mp3 (2,749,691 bytes)
FileName: Roy Orbison - Life Fades Away.mp3 (3,556,268 bytes)
FileName: Roy Orbison - Love Hurts.mp3 (2,401,228 bytes)
FileName: Roy Orbison - Mystery girl.mp3 (4,050,944 bytes)
FileName: Roy Orbison - Running Scared.mp3 (2,177,024 bytes)
FileName: Shirelles - Soldier Boy.mp3 (2,646,144 bytes)
FileName: Snoop Dogg - Ups and Downs.mp3 (6,185,600 bytes)
FileName: techno dance house trance - EUROPEAN TECHNO ITALIAN WAY.mp3 (5,023,744
                                      Page 5
```

```
                    evans, gabrielle-userlog(compressed)-86216931.txt
bytes)
FileName: The Lettermen - Go Away Little Girl.mp3 (2,322,403 bytes)
FileName: The Manhattens - Hurt.mp3 (2,889,764 bytes)
FileName: The Manhattens - Oh Girl 1.mp3 (3,560,262 bytes)
FileName: The Manhattens - We Never Danced To A Love Song.mp3 (4,208,121 bytes)
FileName: The Roc Project - Never.mp3 (3,582,371 bytes)
FileName: The Roc Project and Tina Arena - Never.mp3 (4,839,425 bytes)
FileName: the roc project ft tina arena - never (dj tiesto remix).mp3 (11,241,836
bytes)
FileName: The Roc Project ft. Tina Arena - Never (Radio Edit).mp3 (4,472,025 bytes)
FileName: The Supremes - Baby Love.mp3 (2,483,363 bytes)
FileName: The Supremes - You Can't Hurry Love.mp3 (2,769,576 bytes)
FileName: Theme - Le parrain (Italian).mp3 (2,340,864 bytes)
FileName: Tom Jones - I Who Have Nothing.mp3 (2,873,696 bytes)
FileName: Tom Jones - Just Help Yourself.mp3 (2,444,562 bytes)
FileName: Tom Jones - Love Me Tonight.mp3 (3,108,908 bytes)
FileName: Tom Jones - The Most Beautiful Girl In The World.mp3 (2,370,790 bytes)
FileName: Tom Jones - This Is My Life.mp3 (3,372,931 bytes)
FileName: TOM JONES - TILL - SIMPLY THE BEST.MP3 (2,246,213 bytes)
FileName: Tom Jones-With These Hands.mp3 (3,292,068 bytes)
FileName: Toni Braxton - Breathe Again.mp3 (4,301,852 bytes)
FileName: Tupac - Ambitions as a Rider.mp3 (4,460,180 bytes)
FileName: Van Morrison - Brown Eyed Girl.mp3 (2,936,284 bytes)
FileName: Wedding Songs - Groom & Mother Dance (1).mp3 (4,842,584 bytes)
FileName: Wedding songs - Marvin Gaye - When a Man Loves A Woman.mp3 (2,806,328
bytes)
FileName: p3d00000.png (1,442,375 bytes)
FileName: p3d00001.png (1,442,375 bytes)
FileName: p3d00002.png (1,442,375 bytes)
FileName: p3d00003.png (1,442,375 bytes)
FileName: p3d00004.png (1,442,375 bytes)
FileName: p3d00005.png (1,442,375 bytes)
FileName: p3d00007.png (1,442,375 bytes)
FileName: p3d00008.png (1,442,375 bytes)
FileName: p3d00009.png (1,442,375 bytes)
FileName: p3d00010.png (1,442,375 bytes)
FileName: p3d00011.png (1,442,375 bytes)
FileName: p3d00012.png (1,442,375 bytes)
FileName: p3d00013.png (1,442,375 bytes)
FileName: p3d00014.png (1,442,375 bytes)
FileName: p3d00016.png (1,442,375 bytes)
FileName: p3d00017.png (1,442,375 bytes)
FileName: p3d00018.png (1,442,375 bytes)
FileName: p3d00019.png (1,442,375 bytes)
FileName: p3d00020.png (1,442,375 bytes)
FileName: p3d00021.png (1,442,375 bytes)
FileName: p3d00024.png (1,442,375 bytes)
FileName: p3d00025.png (1,442,375 bytes)
FileName: p3d00026.png (1,442,375 bytes)
FileName: p3d00028.png (1,442,375 bytes)
FileName: p3d00029.png (1,442,375 bytes)
FileName: p3d00030.png (1,442,375 bytes)
FileName: p3d00038.png (1,442,375 bytes)
FileName: p3d00039.png (1,442,375 bytes)
FileName: p3d00040.png (1,442,375 bytes)
FileName: p3d00045.png (1,442,375 bytes)
FileName: p3d00050.png (1,442,375 bytes)
FileName: p3d00051.png (1,442,375 bytes)
FileName: p3d00058.png (1,442,375 bytes)
FileName: p3d00059.png (1,442,375 bytes)
FileName: p3d00060.png (1,442,375 bytes)
FileName: p3d00062.png (1,442,375 bytes)
FileName: p3d00063.png (1,442,375 bytes)
                                       Page 6
```

```
                    evans, gabrielle-userlog(compressed)-86216931.txt
FileName: p3d00065.png (1,442,375 bytes)
FileName: p3d00068.png (1,442,375 bytes)
FileName: p3d00072.png (1,442,375 bytes)
FileName: Dante Thomas Faturing Pras - Miss California.mp3 (3,995,399 bytes)
FileName: Dante Thomas - Miss California.mp3 (3,480,688 bytes)
FileName: 112 - Peaches and Cream.mp3 (9,473,189 bytes)
FileName: Carol Douglas - Doctors Orders.mp3 (4,815,435 bytes)
FileName: Peaches & Herb - Reunited.mp3 (3,840,152 bytes)
FileName: Oldies-KC & Teri DeSario - Yes, I'm Ready.mp3 (2,270,722 bytes)
FileName: kenny chesney - Holding Her and Loving You.mp3 (2,448,010 bytes)
FileName: Country - Randy Travis - My Love Is Deeper.mp3 (3,522,560 bytes)
FileName: John Micheal Montgomery - I Swear.mp3 (4,233,926 bytes)
FileName: Charlie Rich - Behind Closed Doors.mp3 (2,807,808 bytes)
FileName: Alabama - God Must Have Spent A Little More Time On You (With 'n Sync).mp3
(5,571,056 bytes)
FileName: Conway Twitty & Aaron Neville - Rainy Night in Georgia.mp3 (5,025,792
bytes)
FileName: Patsy Cline - Crazy.mp3 (5,264,145 bytes)
FileName: 08 Walk On By.mp3 (2,359,296 bytes)
FileName: ABBA - Take a Chance On Me.mp3 (3,913,856 bytes)
FileName: Patsey Cline & Jim Reeves - Sweet Dreams (Of You) (Patsy) .mp3 (2,586,374
bytes)
FileName: Kathy Mattea - Where Have You Been.mp3 (3,596,288 bytes)
FileName: Patsey Cline & Jim Reeves - Sweet Dreams (Of You) (Patsy) .wav (1,102,584
bytes)
FileName: Garth Brooks - If Tomorrow Never Comes.mp3 (3,538,988 bytes)
FileName: Patsey Cline, Jim Reeves - I Fall To Pieces.mp3 (2,809,147 bytes)
FileName: Garth Brooks- Every Now And Then.mp3 (4,098,326 bytes)
FileName: patsy cline - why can't he be you.mp3 (3,338,240 bytes)
FileName: Garth Brooks - To Make You Feel My Love (Hope Floats Soundtrack).mp3
(3,739,648 bytes)
FileName: Merle Haggard - Today I Started Loving You Again.mp3 (4,495,360 bytes)
FileName: Garth Brooks - Friends In Low Places.mp3 (4,153,678 bytes)
FileName: Patsey Cline - Blue.mp3 (2,666,384 bytes)
FileName: Roy Clark - Yesterday When I Was Young(1).mp3 (3,225,600 bytes)
FileName: Country - Garth Brooks - Two Pina Coladas.mp3 (3,434,379 bytes)
FileName: Marty Robbins - El Paso.mp3 (4,169,728 bytes)
FileName: marty robbins - my woman, my woman, my wife.mp3 (3,425,593 bytes)
FileName: Marty Robins - Devil woman.mp3 (4,502,866 bytes)
FileName: Marty Robins - Roses Cantina.mp3 (4,489,299 bytes)
FileName: Techno - Dj tiesto - Forbidden Paradise.mp3 (4,117,820 bytes)
FileName: Oh my love, my darling.mp3 (2,291,636 bytes)
FileName: marty robbins - yellow roses.mp3 (3,080,192 bytes)
FileName: Am I That Easy To Forget.mp3 (2,609,152 bytes)
FileName: Marty Robins - Spanish Lulaby.mp3 (4,044,800 bytes)
FileName: Copy of Marty Robins - She was only seventeen.mp3 (2,309,558 bytes)
FileName: Marty Robins-Tell Laura I Love Her.mp3 (2,783,156 bytes)
FileName: Marty Robins - South of the border.mp3 (2,712,729 bytes)
FileName: Laurie Anderson - Home of the Brave - 02 - White Lilly.mp3 (1,340,199
bytes)
FileName: gloria gaynor - i will survive.mp3 (3,128,842 bytes)
FileName: Gloria Estafan - Don't Want To Lose You Now.mp3 (3,882,968 bytes)
FileName: Laura Branigan - Self Control.mp3 (3,927,812 bytes)
FileName: Laura Branigan - Come Into My Life - with Joe Esposito.mp3 (4,507,237
bytes)
FileName: Laura Branigan - Solitare.mp3 (3,976,967 bytes)
FileName: Laura Branigan - How Am I Supposed To Live Without You(80's hits).mp3
(4,352,000 bytes)
FileName: Laura Branigan - Imagination.MP3 (3,723,046 bytes)
FileName: Laura Branigan - The Winner Takes It All (Matt & Vito Radio Edit).mp3
(3,895,379 bytes)
FileName: Laura Branigan - Ti Amo.mp3 (5,130,310 bytes)
FileName: Disco - Laura Branigan - Gloria (Dance Mix).mp3 (5,111,808 bytes)
                                    Page 7
```

```
                  evans, gabrielle-userlog(compressed)-86216931.txt
FileName: Laura Branigan - Spanish Eddie (Swedish Nicko's Vision Mix).mp3
(15,327,694 bytes)
FileName: Laura Branigan - Gloria.mp3 (3,729,317 bytes)
FileName: Mardi Grass - Girl I've got news for you.mp3 (2,907,386 bytes)
FileName: Laura Brannigan - The Power of Love.mp3 (5,231,059 bytes)
FileName: Laura Branigan - Self Control - {Discotech Remix} .mp3 (7,886,950 bytes)
```