AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Texas

**MOTOWN RECORD COMPANY, L.P.,** a California limited partnership; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **ARISTA RECORDS LLC**, a Delaware limited liability company,

v.

**GABRIELLE EVANS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**SA07CA0018 RF**

TO:
**GABRIELLE EVANS**
2419 East Houston St
San Antonio, TX 78202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Stacy R. Obenhaus
State Bar No. 15161570
Lisa L. Honey
State Bar No. 24048550
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214-999-3000
Facsimile: 214-999-4667

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

CLERK

(By) DEPUTY CLERK

DATE

JAN - 9 2007